No. 26. C. J. RIXEY, AN INSANE PERSON, BY C. J. RIXEY, JR., APPELLANT, *v.* ROBERT H. COX, SERGEANT OF THE CITY OF ALEXANDRIA, VA. Appeal from the District Court of the United States for the Eastern District of Virginia. Submitted October 26, 1914. Decided November 2, 1914. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of. (1) *Farrell* v. *O'Brien*, 199

U. S. 89, 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; *Cassidy* v. *Colorado*, 223 U. S. 707; (2) *In re Converse*, 137 U. S. 624, 632; *Compagnie Francaise &c.* v. *Board of Health*, 186 U. S. 380, 393; *Jacobson* v. *Massachusetts*, 197 U. S. 11, 25–27. *Mr. John L. Jeffries* and *Mr. Jas. R. Caton* for the appellant. *Mr. J. Garland Pollard* and *Mr. Christopher B. Garnett* for the appellee.